UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS JR., | |
| Plaintiff, | Case No. C19-392-RSM-MLP |
| v. | REPORT AND RECOMMENDATION |
| UNITED STATES ATTORNEY GENERAL, et al., | |
| Defendants. | |

Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993). In this current action, Plaintiff has submitted a proposed application to proceed *in forma pauperis* ("IFP") and, liberally construed, a proposed 42 U.S.C. § 1983 complaint against the U.S. Attorney General, the United States of America, Washington, D.C., the State of Washington, the President of the United States, and the United States Solicitor General. His allegations focus on the 1889 Enabling Act and are difficult to decipher. (*See* Dkt. # 1.)

REPORT AND RECOMMENDATION - 1

Under 28 U.S.C. § 1915(g), Plaintiff must demonstrate "imminent danger of serious physical injury" to proceed IFP because he has had more than three prior actions dismissed as frivolous, malicious, or for failure to state claim. *See Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999). Plaintiff makes no allegation that suggests he was under imminent danger of serious physical injury at the time he filed his proposed complaint. (*See* Dkt. # 1.) Accordingly, the Court recommends that Plaintiff's proposed IFP application (dkt. # 5) be DENIED and this action be DISMISSED without prejudice. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **twenty-one (21)** days after the filing of this Report and Recommendation. Objections, and any response, shall not exceed three pages. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar **fourteen (14)** days after they are served and filed. Responses to objections, if any, shall be filed no later than **fourteen (14)** days after service and filing of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on the date that objections were due.

Dated this 5th day of April, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge